UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA, : 94-Cr-631 (SHS)

    -against- :

      ORDER

CHARLES LEON BROWN, :

    Defendant. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that:

    1.    Joshua L. Dratel, Esq., is appointed *nunc pro tunc* as of May 3, 2020, to represent the defendant pursuant to the Criminal Justice Act in connection with defendant's motion for compassionate release; and

    2.    The motion shall be filed on or before July 6, 2021.

Dated: New York, New York
       May 6, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.