UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,    :    94-Cr-631 (SHS)

        -v-    :    <u>ORDER</u>

CHARLES LEON BROWN,    :

        Defendant.    :

-------------------------------------------------------x

    Defendant having filed a motion for modification of his sentence based on extraordinary and compelling reasons [Doc. No. 537] on July 16, 2021,

    IT IS HEREBY ORDERED that:

    1.    The government shall file its response to the motion on or before August 27, 2021; and

    2.    Any reply from defendant shall be filed on or before September 3, 2021.

Dated: New York, New York
       August 13, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.