UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  94-Cr-631 (SHS)

-v-  :  <u>ORDER</u>

CHARLES LEON BROWN,  :

           Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    On September 24, 2025, defendant filed a motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. No. 580].

    IT IS HEREBY ORDERED that:

    1.    Within 30 days of the date of this Order, the government shall respond to defendant's motion; and

    2.    The Clerk of Court shall send a copy of this Order to Charles Leon Brown [28700-054], USP Coleman II, U.S. Penetentiary, P.O. Box 1034, Coleman, FL 33521.

Dated:  New York, New York
          September 25, 2025

                            SO ORDERED:

                            _____
                            Sidney H. Stein, U.S.D.J.