

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 1, 2025

# MEMO ENDORSED

<u>VIA ECF</u>

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Charles Leon Brown*, 94 Cr. 631-3 (SHS)

Dear Judge Stein:

On September 24, 2025, the defendant in the above-captioned matter filed a motion for sentence reduction pursuant to 18 U.S.C § 3582 (Dkt. 580). The Government's response to the defendant's motion is due today, December 1, 2025. The Government respectfully requests an additional one week, to December 8, 2025, to respond to the defendant's motion.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by:   /s/

Matthew R. Shahabian
Assistant United States Attorney
(212) 637-1046

**The government's request for an extension of time until December 8 to file its response to defendant's motion is granted. A copy of this endorsed letter shall be sent to Charles Leon Brown [28700-054] at FCC Coleman, USP II, P.O. Box 1034, Coleman, FL 33521.**

**Dated: New York, New York**
      **December 1, 2025**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**