UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

CHARLES LEON BROWN,

Defendant.

94-cr-631 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court is in receipt of Mr. Dratel's letter dated June 12, 2026, regarding defendant Charles Leon Brown's medical status and his pending *pro se* motion for compassionate release. (Dkt. No. 597.) The Government shall file its response to Brown's motion (Dkt. No. 580) on or before July 13, 2026.

The Clerk of Court shall mail a copy of this Order to Brown at the following address: Charles Leon Brown [28700-054], MCFP Springfield, Federal Medical Center, P.O. Box 4000, Springfield, MO 65801.

Dated: New York, New York
       June 15, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.