UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA, : 94-Cr-631 (SHS)

-v- : ORDER

CHARLES LEON BROWN, :

Defendant. :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Defendant's motion for reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) [Doc. No. 580] is dismissed as moot in light of defendant's death this morning [*See* Doc. No. 601].

Dated: New York, New York
July 16, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.